# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

June 8, 2015

Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX  78711

Re:  Jimmy Dewayne Hill
     v. Texas
     No. 14-10117
     (Your No. WR-77, 978-06)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 26, 2014 and placed on the docket June 8, 2015 as No. 14-10117.

Sincerely,

**Scott S. Harris**, Clerk

by

Clayton Higgins
Case Analyst

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 11 2015

Abel Acosta, Clerk